UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TREGG WILSON | CIVIL ACTION |
| VERSUS | NUMBER: 13-5612 |
| SHERIFF MIKE TREGRE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF, ST. JOHN THE BAPTIS PARISH, LOUISIANA | SECTION: "J"(5) |

## ORDER AND REASONS

The Court has reviewed the supplemental memoranda submitted by the parties concerning the discoverability of certain text message content of the Plaintiff via an outstanding subpoena issued to Plaintiff's cellular provider.  Having considered those memoranda and the authorities cited therein, along with the parties' previous memoranda and counsel's argument at the hearing held on June 25, 2014 on Plaintiff's Motion to Quash the aforementioned subpoena, the Court issues the following Order.

The Motion to Quash is GRANTED as to the subpoena seeking text messaging content.  If the Defendant wishes to proceed in gathering such information, it is to do so by

requesting the information directly from the Plaintiff through Requests for Production propounded under Rules 26 and 34 of the Federal Rules of Civil Procedure. Any such requests must be tailored to seek information and content that is related to the facts and issues of this case, as opposed to a blanket request or requests seeking "all" such content from Plaintiff. To the extent Plaintiff believes that responsive content or documents is or are privileged under any theory, Plaintiff is to provide to Defendant, within the applicable delays for responding to the requests, a privilege log that complies with the Federal Rules of Civil Procedure <u>and</u> is to contemporaneously provide copies of the withheld documents/content to the Court for *in camera* review.

New Orleans, Louisiana, this 11th day of July, 2014.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE